■ SOUTHEASTERN BANK AND TRUST COMPANY, Appellant, v. EDDIE HUTCHER, Respondent.— In an action to recover (1) $40,000.04, the balance owing on a demand promissory note, and (2) $4,000 for collection expenses, including a reasonable counsel fee, under a provision therefor in the note, plaintiff appeals from an order of the Supreme Court, Suffolk County, dated February 26, 1974, which denied its motion for summary judgment. Order reversed, on the law, with $20 costs and disbursements; plaintiff's motion granted as to the first cause of action as demanded in the complaint; granted as to the second cause of action on the issue of liability, and motion remitted to Special Term for a hearing to determine the amount to be awarded to plaintiff. The defense set forth is insufficient as a matter of law. Martuscello, Acting P. J., Latham, Shapiro, Benjamin and Munder, JJ., concur.

■ RENATE WELKOVICH, Respondent, v. ANDREW WELKOVICH, Defendant, and JOSEF WELKOVICH et al., Appellants.— In an action to impose a constructive trust upon title to real property and to invalidate a bond and mortgage for lack of consideration, defendants Josef Welkovich and Margaret Welkovich appeal from an order of the Supreme Court, Queens County, dated December 11, 1973, which denied their motion to vacate a default judgment entered October 19, 1973 upon their failure to appear for trial. Order reversed, without costs, motion granted, judgment entered October 19, 1973 vacated insofar as it is against defendants Josef Welkovich and Margaret Welkovich and the case is restored to the Trial Calendar and consolidated with the case against defendant Andrew Welkovich, upon condition that, within 10 days after service of the order to be entered hereon, with notice of entry, the attorney for defendants Josef Welkovich and Margaret Welkovich personally pay $100 costs to plaintiff. Otherwise order affirmed, with $20 costs and disbursements. We have concluded that under the facts presented in this case, including the circumstances leading to the failure of counsel for defendants Josef and Margaret Welkovich to proceed to trial and the onerous consequences of the default judgment to these defendants, this case as against said defendants should be restored to the calendar for trial upon the condition stated hereinabove. Gulotta, P. J., Hopkins, Martuscello, Latham and Christ, JJ., concur.